NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1297

DANNY RICHARD, D/B/A ROYAL MANUFACTURED HOMES, INC.

VERSUS

TERRY ROGERS AND RAY LEBLANC

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 03-C-2502-D
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Glenn B. Gremillion, Billy Howard Ezell, and *Arthur J. Planchard, Judges.

* Honorable Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as *Judge Pro Tempore.*

AFFIRMED.

Patrick C. Morrow, Sr.
Morrow, Morrow
P. O. Box 1787
Opelousas, LA 70571-1787
(337) 948-4483
Counsel for: Plaintiff/Appellee
        Danny Richard

**Thomas M. Daigle**
**Attorney at Law**
**711 Johnston Street**
**Lafayette, LA 70501**
**(337) 234-4049**
**Counsel for: Defendants/Appellants**
      **Terry Rogers**
      **Ray LeBlanc**